UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL JACINTA BURKS SINGH,<br><br>Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL JACINTA BURKS SINGH,<br><br>Defendant. | No. 2:23-cr-00251-DJC<br><br><br><br><br><br><br><br>No. 2:23-cr-00279-DJC<br><br><br>RELATED CASE ORDER |

Plaintiff has filed a notice of related cases in both of the above-captioned actions.  Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  Here, both actions involve the same parties and are based on a similar claim.  Local Rule 123(a)(1).  Accordingly, the assignment of these matters to

////

1

1 | the same judge is likely to effect a substantial savings of judicial effort and is likely to
2 | be convenient for the parties.
3 |     The parties should be aware that relating cases under Rule 123 causes the
4 | actions to be assigned to the same judge, it does not consolidate the actions.  Under
5 | Rule 123, related cases are generally assigned to the judge to whom the first filed
6 | action was assigned.
7 |     As a result, it is hereby ORDERED that 2:23-cr-00279 is reassigned from Chief
8 | District Judge Kimberly J. Mueller to the undersigned.  Henceforth, the caption on
9 | documents filed in the reassigned case shall be shown as 2:23-cr-00279-DJC.
10 |     It is further ORDERED that the Clerk of the Court make appropriate adjustment
11 | in the assignment of criminal cases to compensate for this reassignment.
12 |
13 | Dated:  August 30, 2024
14 |     THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE