PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00279-DJC AND 2:23-CR-00251-DJC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER SEALING GOVERNMENT'S PRELIMINARY HEARING BRIEF EXHIBIT |
| CRYSTAL JACINTA BURKS SINGH, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Preliminary Hearing Brief exhibits ((*2:23-cr-00279-DJC, ECF 12* and *2:23-cr-00251-DJC, ECF 24*) shall be SEALED until further order of this Court. The government is directed to file a redacted copy of the exhibit immediately.

It is further ordered that access to the sealed filing shall be limited to the government and counsel for the defendant until further order of this Court.

Dated: October 16, 2024

HON. SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE